GLENN A. IRVIN, as Trustee in Bankruptcy of the Estate of FRANK M. SCHARDT, Appellant, *v.* FRANK M. SCHARDT et al., Respondents.

Argued May 27, 1941; decided July 29, 1941.

*Joseph A. Wechter* for appellant.

*Arthur E. Otten* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.